No. 561, Misc. SAM *v.* DELMORE, WARDEN. Supreme Court of Washington. Certiorari denied. The motion for leave to file petition for writ of habeas corpus is also denied.

No. 660, Misc. BURWELL *v.* CALIFORNIA. Supreme Court of California. The petition for stay of execution is denied. Certiorari also denied.

No. 678, Misc. ROGERS *v.* CALIFORNIA. Supreme Court of California. The petition for stay of execution is denied. Certiorari also denied.

No. 516, Misc. FARNUM *v.* BIGELOW, COMMISSIONER, STATE MENTAL HYGIENE DEPARTMENT. The motion for leave to file petition for writ of mandamus and for other relief is denied.

No. 553, Misc. EX PARTE BUTLER;
No. 562, Misc. HAMILTON *v.* BROWNELL, ATTORNEY GENERAL; and
No. 585, Misc. CHAPMAN *v.* LOONEY, WARDEN, ET AL. The motions for leave to file petitions for writs of habeas corpus are severally denied.